McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:  (702) 949-1100
Facsimile:  (702) 949-1101

Attorneys for GEICO CHOICE INSURANCE COMPANY erroneously sued and served herein as GOVERNMENT EMPLOYEES INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIE STYLES, individually,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, individually, DOES I-X, and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:18-cv-00052-RFB-PAL<br><br>**STIPULATION AND ORDER TO STAY LITIGATION** |

Plaintiff, JENNIE STYLES, and Defendant GEICO CHOICE INSURANCE COMPANY erroneously sued and served herein as GOVERNMENT EMPLOYEES INSURANCE COMPANY ("GEICO"), hereinafter collectively referred to as "the Parties" hereby stipulate to the following and move the Court accordingly:

1.  The parties have entered into an Agreement to have the contractual benefits cause of action determined through private binding arbitration.

2. To effectuate the Agreement, the Parties agree and stipulate that the entire litigation be stayed to allow the Parties to conclusively determine the value of Plaintiff's personal injury claims and, accordingly, the extent of his entitlement to contractual benefits.

4. It is the intent of the Parties that the Court retain its jurisdiction so as to be able to confirm the award as a judgment.

**IT IS SO MOVED AND STIPULATED:**

DATED this 23 day of October, 2018

THE POWELL LAW FIRM

By _____
Paul D. Powell, Nevada Bar No. 7488
Michael A. Kristof, Nevada Bar No. 7780
6785 West Russell Road, Suite 210
Las Vegas, Nevada 89118
Tel. (702) 728-5500
Attorneys for JENNIE STYLES

DATED this 8 day of December, 2018

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for GEICO CHOICE INSURANCE COMPANY erroneously sued and served herein as GOVERNMENT EMPLOYEES INSURANCE COMPANY

5346763.1

## ORDER

**IT IS SO ORDERED.**

DATED this 13th day of December, 2018

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE