McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CHOICE INSURANCE COMPANY erroneously sued and served herein as GOVERNMENT EMPLOYEES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIE STYLES, individually,<br><br>                    Plaintiff,<br><br>         v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, individually, DOES I-X, and ROE CORPORATIONS I-X,<br><br>                    Defendants. | Case No. 2:18-cv-00052-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of records, that the above-entitle matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

Re: <u>Jennie Styles v. Government Employees Insurance Company</u>
Case No. 2:18-cv-00052-RFB-BNW

Each party will bear their own costs and attorney's fees.

**IT IS SO MOVED AND STIPULATED:**

DATED this 1st day of February, 2023

        THE POWELL LAW FIRM

By    /s/ Tom Stewart
Paul D. Powell, Nevada Bar No. 7488
Tom Stewart, Nevada Bar No. 14280
6785 West Russell Road, Suite 210
Las Vegas, Nevada 89118
Attorneys for JENNIE STYLES

DATED this 1st day of February, 2023

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By    /s/ Jonathan W. Carlson
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Attorneys for GEICO CHOICE INSURANCE COMPANY erroneously sued and served herein as GOVERNMENT EMPLOYEES INSURANCE COMPANY

**ORDER**

**IT IS SO ORDERED.**

DATED this 3rd day of February, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

8880803.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February, 2023, a true and correct copy of **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP